IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROL LYNN GILES, *et al.,* individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ST. CHARLES HEALTH SYSTEM, INC., an Oregon corporation doing business as PIONEER MEMORIAL HOSPITAL; ST. CHARLES MEDICAL CENTER- BEND; ST. CHARLES MEDICAL CENTER- REDMOND; and ST. CHARLES -MADRAS,<br><br>　　　　　Defendants. | Civ. No. 6:13-cv-00019-AA<br><br>JUDGMENT |

AIKEN, Judge:

This case is DISMISSED with prejudice and without further fees or costs to any party.

IT IS SO ORDERED.

　　　DATED this 13TH day of December, 2017.

　　　　　　　　　　　　　　　　　　／s／ Ann L. Aiken
　　　　　　　　　　　　　　　　　　Ann L. Aiken
　　　　　　　　　　　　　　　　　　United States District Judge

1 –JUDGMENT